COPY

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

RECEIVED
APR 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-02-20082 JW |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER RE ELIGIBILITY FOR SENTENCING MODIFICATION UNDER 18 U.S.C. §3582(c)(2) |
| vs. | ) | |
| JEREMY LAMAR THOMAS, | ) | |
| Defendant. | ) | |

Having read and considered the United States' Notice of Eligibility for Sentencing Modification Under 18 U.S.C. § 3582(c)(2) filed in this case, the Court finds the defendant Jeremy Lamar Thomas so eligible and on its own motion orders the parties and the United States Probation Office to indicate no later than May 2, 2008 their respective positions as to the propriety of a two-level reduction in the base offense level and total offense level and a consequent modification of the 108-month term of imprisonment originally imposed to a term of 87 months. If either party or the United States Probation Office objects to sentence modification

///

///

///

1  or to the proposed extent of the modification, that party shall submit briefing in support of its
2  position.
3        IT IS SO ORDERED.
4
5  Dated: April 25, 2008
6
7                                JAMES WARE
                              United States District Judge